UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRMA PORTILLO | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No: 1:17-cv-01083 |
| | ) | |
| I.L. CREATIONS INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S ANSWERS AND AFFIRMATIVE DEFENSES TO COMPLAINT FILED BY PLAINTIFF IRMA PORTILLO

Defendant I.L. Creations Inc. ("Defendant"), by its undersigned counsel, hereby submits their Answers and Affirmative Defenses to the Complaint filed by Plaintiff Irma Portillo, and in support thereof state as follows:

### Parties

1.      Admitted.

2.      Admitted that Defendant operates a deli at the referenced address; remaining allegations dined.

3.      Paragraph 3 is a statement of jurisdiction to which no response is required.  To the extent a response is required, denied.

4.      Defendant admits that it does business in the District of Columbia.

5.      Denied.

### Procedural History

6.      Admitted that EEOC Charge was filed and that conciliation failed; remaining allegations denied.

- 1 -

## Factual Allegations

7.    Denied.

8.    Denied.

## Count I: Gender and Pregnancy Discrimination

9.    Defendant restates and fully incorporate their answers and responses to paragraphs 1 through 8.

10.    Paragraph 10 is a statement of law to which no response is required.  To the extent a response is required, denied.

11.    Denied.

12.    Denied.

## Count II: Title VII: National Origin/Race Discrimination

13.    Defendant restates and fully incorporate their answers and responses to paragraphs 1 through 12.

14.    Denied.

15.    Denied.

## Count III: 42 USC 1981: National Origin/Race Discrimination

16.    Defendant restates and fully incorporate their answers and responses to paragraphs 1 through 15.

17.    Paragraph 17 is a statement of law to which no response is required.  To the extent a response is required, denied.

18.    Denied.

19.    Denied.

20.    Denied.

21.     Denied.

## Count IV: Title VII: Retaliation

22.     Defendant restates and fully incorporate their answers and responses to paragraphs 1 through 21.

23.     Denied.

24.     Denied.

25.     Denied.

## Count V: 42 USC 1981: Retaliation

26.     Defendant restates and fully incorporate their answers and responses to paragraphs 1 through 25.

27.     Denied.

28.     Denied.

29.     Denied.

In further answer, Defendant denies each and every allegation in the Complaint except such allegations that are expressly admitted herein.

WHEREFORE, Defendant denies that Plaintiff is entitled to any of the relief requested, request that the Complaint be dismissed with prejudice, and that Defendant be granted judgment for costs and attorneys' fees, and any other relief this Court deems appropriate.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint is barred by waiver, estoppel, and unclean hands.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are untimely and exceed the scope of her Charge.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate her alleged damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff was not employed by I.L. Creations Inc.

Defendants reserve the right to raise and assert additional affirmative defenses as they become known to Defendants.

DATED this 12th day of October, 2017.

/s/ Russell B. Berger
Russell B. Berger (Bar No. MD 28512)
OFFIT KURMAN, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202
Phone: (410) 209-6449
Fax: (410) 209-6435
E-Mail: rberger@offitkurman.com

/s/ Scott Kamins
Scott Kamins, *pro hac vice* admission pending
OFFIT KURMAN, P.A.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD  20759
(301) 575-0347 (phone)
(301) 575-0335 (facsimile)
E-Mail: skamins@offitkurman.com

*Attorneys for Defendants*

- 4 -

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that on this 12th day of October, 2017, a copy of the foregoing was served via electronic mail on the following counsel for Plaintiffs:

Matthew T. Sutter, Esq.
Sutter & Terpak, PLLC
7540A Little River Turnpike, First Floor
Annandale, VA 22003
Telephone: 703-256-1800
Email: matt@sutterandterpak.com
*Attorney for Plaintiff*

/s/ Russell Berger_____
Russell Berger

4852-4889-9409, v. 1